IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **AGSOUTH GENETICS, LLC, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 09-0742-CG-M |
| | ) |
| **DWANE GLICK,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the court on the plaintiff's Unopposed Motion to Continue Trial from May 2011 Term (Doc. 61), and the parties' Joint Motion to Continue Trial and for Leave to File Motions for Summary Judgment (Doc. 62).

Upon due consideration, the motions are **GRANTED**. Any motions for summay judgment are to be filed no later than **April 8, 2011**. The jury trial is **CONTINUED** to this court's **September 2011** term. A pretrial conference is scheduled for **August 8, 2011 at 10:00 a.m**., to be held in chambers, room 247. The parties' amended joint pretrial document shall be file no later than **August 1, 2011**.

**DONE and ORDERED** this 9th day of March, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE